UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X

Chanel, Inc., a New York corporation,

                Plaintiff,        CV-04-4099 (CPS)

   - against -                   ORDER

Lev Doubinine, et al.,

                Defendant.

------------------------------------------X

No objections to the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky dated August 28, 2008 having been filed by the parties, the Report and Recommendation is hereby adopted. Counsel for the plaintiff is directed to serve a copy of the within on the defendant at its last known address, to file proof of service with the court, and to settle a judgment on notice in conformity with the Report and Recommendation not later than October 21, 2008.

        The Clerk is directed to transmit a copy of the within to all parties and to the assigned Magistrate Judge.

        SO ORDERED.

Dated :   Brooklyn, New York
           September 29, 2008

                                      s/Hon. Charles P. Sifton
                                      United States District Judge